**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 11-cr-00162-REB-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SCOTT EDWIN TAYLOR,

        Defendant.

---

**ORDER TO DISMISS PETITION FOR ISSUANCE OF ARREST WARRANT DUE TO
VIOLATION OF SUPERVISED RELEASE**

---

        On April 4, 2012, a Petition for Issuance of Arrest Warrant due to Violations of Supervised Release was filed and a warrant was subsequently issued. The Probation Office reports that the defendant has successfully completed the inpatient treatment program required as a condition of his bond. In addition, the defendant has complied with the general terms and special conditions of his supervised release since being released on bond on May 1, 2012. Based on these facts, it is

        ORDERED that the violation petition and warrant issued on April 4, 2012, are dismissed; however, the term of supervised release shall continue subject to all previously imposed conditions, which shall remain in full force and effect until the term of supervision expires on September 21, 2012.

        DATED at Denver, Colorado, September 11, 2012.

                                            BY THE COURT:

                                            *Bob Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge